FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> DEB HAALAND, in her official capacity as Secretary of the Interior; et al., <br><br> Defendants-Appellees, <br><br> GLENN-COLUSA IRRIGATION DISTRICT; et al., <br><br> Intervenor-Defendants-Appellees. | No. 21-15163 <br><br> D.C. No. 1:05-cv-01207-DAD-EPG <br> Eastern District of California, Fresno <br><br> ORDER |

Before: GOULD and IKUTA, Circuit Judges, and SELNA,[*] District Judge.

Judge Gould voted to grant the petition for rehearing en banc. Judge Ikuta voted to deny the petition, and Judge Selna so recommended. The petition for rehearing en banc was circulated to the judges of the court, and no judge requested a vote for en banc consideration.

The petition for rehearing en banc (Dkt. 98) is DENIED.

---

[*] The Honorable James V. Selna, United States District Judge for the Central District of California, sitting by designation.